IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(ELKINS DIVISION)

ERNEST BERG,
Administrator of the Estate
Of Deceased Jeremy D. Berg,

    Plaintiff,

v.                                      CIVIL ACTION NO. 2:24-cv-4
                                       HONORABLE THOMAS S. KLEEH

LUCAS GREENWALT,
Individually and in his capacity
As an employee of the Grant
County Sheriff's Department, and
GRANT COUNTY COMMISSION,
A political subdivision of the State of West Virginia,

    Defendants.

## MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT OF WRONGFUL DEATH CLAIM

Now comes the Plaintiff, Earnest Berg, as Administrator of the Estate of Jeremy D. Berg, by counsel, J. Bryan Edwards of the law firm of Cranston & Edwards, PLLC and petitions this Court to enter an Order approving the compromise and settlement of Plaintiff's wrongful death claim against Lucas Greenwalt and Grant County Commission ("Grant County"), arising from the death of Plaintiff's son, Jeremy D. Berg, and the apportionment and distribution of the settlement proceeds as set forth in the *"Confidential Settlement Document"* that is being filed UNDER SEAL contemporaneously with this Motion.

In support of this Petition, the Plaintiff ("Plaintiff") states as follows:

1.    Jeremy D. Berg died at 43 years of age along a rural road in Hardy County after being shot numerous times by Lucas Greenwalt on April 1, 2022.

2. The Plaintiff, Earnest Berg, was duly appointed as Administrator of the Estate of Jeremy D. Berg (the "Estate") on April 4, 2022, by the County Commission of Grant County, West Virginia, and is acting as such Administrator at this time. A copy of said qualification is attached as **Exhibit A**.

3. Subsequent to Jeremy D. Berg's death, Plaintiff, through his undersigned counsel, filed suit against Lucas Greenwalt and Grant County, alleging that Lucas Greenwalt and the Grant County Commission wrongfully caused the death of Jeremy D. Berg and that Lucas Greenwalt and the Grant County Commission were liable for Jeremy D. Berg's wrongful death.

4. On September 12, 2025, the parties and their counsel conducted a mediation, with Kenneth Hicks, Esquire, serving as mediator. The parties were unable to resolve the case during mediation. However, the parties continued to discuss settlement and were able to agree to terms of a settlement several days thereafter. The terms of the confidential settlement with Lucas Greenwalt and the Grant County Commission are set forth in the *"Confidential Settlement Document"* which is being filed UNDER SEAL contemporaneously with this Motion and is incorporated by reference herein.

5. The Plaintiff has agreed to accept this settlement with Lucas Greenwalt and the Grant County Commission subject to this Court's approval.

6. This Petition is being filed pursuant to West Virginia Code § 55-7-7 for the purpose of seeking and obtaining the Court's approval of this proposed wrongful death settlement, which has been negotiated by the Plaintiff and his counsel on behalf of the Estate of Jeremy D. Berg and Jeremy D. Berg's potential wrongful death beneficiaries under West Virginia Code § 55-7-6(b).

7. The Plaintiff believes that the settlement is reasonable, was offered in good faith, was fairly negotiated at arm's length by the parties, and is in the best interest of Jeremy D. Berg's statutory beneficiaries, and should, therefore, be accepted and approved by this Court.

8. Jeremy D. Berg is survived by the following individuals (including one minor daughter) who are identified as potential beneficiaries under West Virginia Code § 55-7-6(b): (a) Earnest Berg, father; (b) Donna McVey, mother; (c) Miranda Kimble, sister; (d) Christopher Berg, brother; and (e) L.B., minor daughter.[1]

10. The Plaintiff requests permission to distribute the proceeds from the settlement as set forth in the sealed *"Confidential Settlement Document."*

11. The Plaintiff retained Traci Cook and Kelly Reed and the law firm of Kelly Reed, PLLC to prosecute Plaintiff's claims pursuant to a written Contingency Fee Agreement requiring a fee of thirty three and one-third percent (33 1/3%) of all money and things of value recovered, plus expenses incurred in the prosecution of this matter. The undersigned counsel have agreed to waive their attorney fees in this matter, and are only seeking to recover their expenses.

12. The Plaintiff believes such expenses to be fair and reasonable under the circumstances, and that he be granted permission by this Court to pay the attorneys' expenses out of the settlement as set forth in the sealed *"Confidential Settlement Document."*

13. All funeral and burial expenses incurred in connection with the death of Jeremy D. Berg have been paid by Earnest Berg and are asked to be reimbursed to Earnest Berg as set forth in the sealed *"Confidential Settlement Document,"* the Plaintiff is not aware of any other outstanding expenses, debts or liens related to the death of Jeremy D. Berg.

---

[1] L.B. will reach the age of majority on January 8, 2026. We are asking the Court to schedule the hearing to approve the settlement after that date to elevate the need to appoint a *guardian ad litem*. Counsel has discussed the proposed settlement and proposed distribution with L.B. and her mother and they are in agreement with the same.

14. The settlement proceeds are to be distributed in accordance with the distributions set forth in the sealed *"Confidential Settlement Document."* Such distributions satisfy all outstanding liens expenses applicable to the settlement with the net settlement proceeds being distributed to certain statutory beneficiaries in a manner which Plaintiff believes to be fair, just and proper under the circumstances, which include the relationship (or lack of relationship) of the decedent to each potential statutory beneficiary identified under West Virginia Code § 55-7-6(b).

15. The Plaintiff affirms that he has been afforded with proper and learned legal advice in this matter on behalf of the Estate; that he has not been coerced, unduly influenced or induced to enter into settlement; that he believes that his attorneys have provided valuable legal services to the Estate in this matter and that the expenses set forth in the sealed *"Confidential Settlement Document"* are fair, reasonable and proper; that he believes the net distributions to the statutory beneficiaries as set forth in the sealed *"Confidential Settlement Document"* to be fair, reasonable and proper; that he believes the settlement to be in the best interest of the Estate and the statutory beneficiaries; that he enters the settlement in good faith; and that he respectfully requests that the Court approve and ratify this wrongful death settlement and the proposed distributions as set forth in the sealed *"Confidential Settlement Document,"* and grant him permission to execute an appropriate release to Lucas Greenwalt and the Grant County Commission, forever releasing and discharging Lucas Greenwalt and the Grant County Commission from any further liability or claims arising from the death of Jeremy D. Berg.

**WHEREFORE**, the Plaintiff prays that the Court authorize and approve this settlement and the apportionment and distribution thereof; authorize the Plaintiff to sign or to have signed an appropriate release for Lucas Greenwalt and the Grant County Commission; order Lucas

Greenwalt and the Grant County Commission to pay all costs of this proceeding; and grant the Plaintiff such other and further relief as the Court deems just and proper.

Dated this 18th day of November, 2025.

        Ernest Berg, Administrator of the
        Estate of Deceased Jeremy D. Berg,
        Plaintiff,
        By Counsel:

*/s/ J. Bryan Edwards*
J. Bryan Edwards, Esq. (WV Bar No. 6886)
CRANSTON & EDWARDS, PLLC
1200 Dorsey Ave., Suite II
Morgantown, WV 26501
Tel: (304) 296-3500
Fax: (304) 296-3600
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(ELKINS DIVISION)

ERNEST BERG,
Administrator of the Estate
Of Deceased Jeremy D. Berg,

    Plaintiff,

v.                                CIVIL ACTION NO. 2:24-cv-4
                                HONORABLE THOMAS S. KLEEH

LUCAS GREENWALT,
Individually and in his capacity
As an employee of the Grant
County Sheriff's Department, and
GRANT COUNTY COMMISSION,
A political subdivision of the State of West Virginia,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiff, does hereby certify on this 18th day of November, 2025, that a true copy of the foregoing "PETITION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT" was filed with the Clerk of the Court for filing by uploading it to the CM/ECF system and the Clerk will notify counsel as follows:

Tiffany R. Durst, Esq.            Benjamin Brice Vanston

tdurst@pffwv.com                bvanston@pffwv.com

*Counsel for Defendants*

 /s/ J. Bryan Edwards, Esq.
J. Bryan Edwards, WV State Bar No.: 6886

6