IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

ERNEST BERG, Administratrix of the
Estate of Deceased Jeremy D. Berg,

    Plaintiff,

v.                                        Civil Action No.: 2:24-CV-4
                                          HONORABLE THOMAS KLEEH

LUCAS GREENWALT,
Individually and in his capacity
As an employee of the Grant
County Sheriff's Department, and
GRANT COUNTY COMMISSION,
A political subdivision of the State of
West Virginia,

    Defendants.

## CONSENT

**KNOW ALL MEN BY THESE PRESENTS,** that the undersigned, Leanna Berg, (adult daughter) of Jeremy D. Berg, deceased, acknowledges:

1.    That she has received a copy of the ***Motion For Approval of Confidential Settlement of Wrongful Death Claim*** and the ***Confidential Settlement Document***

2.    That she consents and agrees to the settlement and distribution of the settlement as outlined in the ***Confidential Settlement Document*** and expressly waives any right she may have to object to or contest the settlement or distribution of the settlement amount.

3.    That she consents and agrees to the settlement being approved without the necessity of a summary proceeding.

4.    That she consents and agrees to the release of all claims against Lucas Greenwalt, individually and in his capacity as an employee of the Grant County Sheriff's Department, and Grant County Commission, a political subdivision of the State of West Virginia, and their respective insurers, as requested in the Petition.

*Leanna Berg*
―――――――――――――――――
Leanna Berg (adult daughter)

STATE OF  West Virginia ,

COUNTY OF  Cabell , ss:

Taken, subscribed and sworn to before me a Notary Public in and for  West Virginia ,  Cabell , by Leanna Berg this  5th  day of  January , 2026.

My commission expires  August 25, 2026 .

_____
Notary Public

```
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Olivia Picklesimer
West Huntington Public Library
901 West 14th Street
Huntington WV 25704
My Commission Expires August 25, 2026
```